IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division of Maryland)

| | |
|---|---|
| HYO SHIK CHOUNG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SALIM, INC. d/b/a A Plus Personal Home Care, et al.,<br><br>　　　　Defendants. | Civil Action No.: 21-03285-ELH |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF ACTION WITH PREJUDICE

Upon consideration of the Joint Motion for Approval of Settlement filed by Plaintiff Hyo Shik Choung (hereinafter, "plaintiff") and defendants Salim, Inc. d/b/a A Plus Personal Home Care ("A Plus"), Timur Yusufov and Hyun Choi (hereafter, collectively "defendants"), the Court hereby GRANTS the Motion and approves the settlement between plaintiff and defendants (hereinafter, collectively referred to as "the Parties") based on the following findings:

1. The Parties have provided the Court with sufficient information to conclude that plaintiff has been afforded complete relief on his Fair Labor Standards Act ("FLSA") claim. Complete relief renders a case moot, as recently recognized in *Genesis Healthcare Corp. v. Symcyk*, 133 S.Ct. 1523 (2013). *See also Simmons v. United Mortgage and Loan Investment, LLC*, 634 F.3d 754 (4th Cir. 2011).

2. In addition, the settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA according to the factors that have been cited in other actions before this Court. *See Saman v. LBDP, Inc.*, 2013 1949047 at * 3 (D. Md. 2013).

3. The Court finds that the settlement was the product of arms' length negotiations between counsel for the Parties, who are experienced in the field of FLSA litigation.

4. The attorneys' fees and costs to be paid under the settlement agreement are separately stated and counsel have provided sufficient information to permit the Court to conclude that the fees and costs represent payments for amounts actually incurred at a reasonable hourly rate. The amount for fees and costs bear a reasonable relationship to the amount being paid to plaintiff under the Agreement.

WHEREFORE, the Court hereby Orders that the Joint Motion be and it is hereby GRANTED, the Settlement is APPROVED and this case is DISMISSED WITH PREJUDICE. *The Clerk shall close this case.* ELH

*Ellen L. Hollander*
The Honorable Ellen L. Hollander
Judge, U.S. District Court
1/12/22

cc: Counsel of Record