IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division of Maryland)

HYO SHIK CHOUNG,

    Plaintiff,

v.

SALIM, INC. d/b/a A Plus Personal Home Care, et al.,

    Defendants.

Civil Action No.: 21-03285- ELH

### ORDER ~~GRANTING~~ DENYING JOINT MOTION TO EXTEND TIME   ELH

Upon consideration of the Joint Motion to Extend Time For Defendants' Answers or Responses to Complaint, and for good cause shown, it is hereby **Denied as MOOT in view of approved settlement.** ELH

ORDERED, that the Joint Motion to Extend Time is hereby ~~GRANTED; and it is further~~

~~ORDERED, that defendants herein shall have until March 21, 2022 to file and serve answers or other responses to the Complaint filed herein.~~

Date: January 12, 2022

*Ellen L. Hollander*
The Honorable Ellen L. Hollander
U.S. District Court Judge

cc: Counsel of Record

9245290.1 55827/147684 1/11/22